UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROCKY SAMAS,<br>*Defendant.* | No. 3:18-cr-00296 (JAM) |

## RULING GRANTING MOTION FOR SENTENCE REDUCTION AND RELEASE

The defendant Rocky Samas is serving a federal prison sentence and moves under 18 U.S.C. § 3582(c)(1)(A)(i) for a sentence reduction.[1] The Court has previously issued an indicative ruling stating its intent to grant the motion in the event of a remand by the Second Circuit.[2] The Second Circuit has now remanded, and Samas in turn has filed a letter and proposed reentry plan in accordance with the requirements of the Court's indicative ruling.[3] Therefore, the Court GRANTS the motion for release and sentence reduction as set forth below.

The sentence of defendant Rocky Samas is reduced to a term of time-served as of **Wednesday, January 12, 2022**, on which date the Federal Bureau of Prisons shall RELEASE defendant Samas from BOP custody and commence his term of supervised release in accordance with the Court's conditions of supervised release and the proposed reentry plan.

Counsel for the Government shall promptly advise the Bureau of Prisons of this release order, and counsel for the defendant shall promptly advise the U.S. Probation Office of the defendant's imminent release to ensure continuous supervision.

It is so ordered.

Dated at New Haven this 10th day of January 2022.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge

---

[1] Samas has filed multiple motions and supplemental filings. Docs. #192, #198, #203, #210, #212, #221, #222.
[2] Doc. #218; *United States v. Samas*, 2021 WL 5996815 (D. Conn. 2021).
[3] Docs. #219, #221, #222.